# UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF   CALIFORNIA

**FILED**

———oOo———

JAN 2 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

DIEGO ARMANDO INFANTE PANTOJA aka:
EFRAIN INFANTE, EFRAIN PANTOJA,
ARMANDO PANTOLTA, ARMANDO PANTOLIA,
ARMANDO INFANTE PANTOJA, ARMANDO
PANTOJA INFANTE, PANTERA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

1: 0 9 MJ  0 0 0 1 7 SMS 

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 31, 2006 and continuing to January 23, 2009, in Stanislaus County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ Moved or traveled in interstate or foreign commerce to avoid prosecution, under the laws of the State of California, for a crime which is a felony under the laws of the State of California,

in violation of Title 18, United States Code; Section(s) 1073. I further state that I am a(n) Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

▸ Please see attached affidavit incorporated herein by reference.

Continued on the attached sheet and made a part of this complaint: X

_____
Signature of Complainant

Sworn to before me, and signed in my presence
January 23, 2009                                              at    Fresno, California
_____                                    _____
Date                                                                City         State

HON. ~~DENNIS L. BECK~~ SM SNYDER, U.S. MAGISTRATE JUDGE
Name of Judge             Title of Judge                      Signature of Judge

## Affidavit of FBI Special Agent Mary Ellen Smith in Support of Criminal Complaint and Arrest Warrant

I, Mary Ellen Smith, being duly sworn state the following:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since April 2006. As a part of my official duties, I'm assigned to investigate general criminal violations, to include but not limited to financial crimes, civil rights violations, child pornography, public corruption, corporate fraud, kidnaping, and fugitives. Since becoming a Special Agent, I have participated and assisted in numerous financial crimes, public corruption, corporate fraud, bankruptcy fraud, bank robbery, copyright infringement, child pornography, and kidnaping investigations. I have also drawn on the knowledge and experience of other FBI Special Agents and other Federal Law Enforcement Officers who have investigated financial crimes, identity theft, wire fraud, mail fraud, money laundering, public corruption, corporate fraud, bankruptcy fraud, bank robbery, copyright infringement, child pornography, fugitive, and kidnaping cases.

2. The facts set forth in this Affidavit are known to me as a result of conversations with a detective who has participated in this investigation and from reviewing official reports and documents related to this investigation. This Affidavit is not an exhaustive enumeration of the facts that I have learned, but are the facts which I believe support a finding of probable cause to issue a criminal complaint and arrest warrant.

### Scope of Requested Criminal Complaint and Summary of the Investigation

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant charging **DIEGO ARMANDO INFANTE PANTOJA aka EFRAIN INFANTE, EFRAIN PANTOJA, ARMANDO PANTOLTA, ARMANDO PANTOLIA, ARMANDO INFANTE PANTOJA, ARMANDO PANTOJA INFANTE, PANTERA**, date of birth 12/03/1979, 06/26/1978, 06/25/1978, or 02/02/1973, with traveling in interstate commerce with the intent to avoid prosecution, custody, or confinement for a crime which is a felony in California in violation of Title 18, United States Code Section 1073. The underlying facts of this investigation are set forth below.

4. The Stanislaus County Sheriff's Department provided me with the following information related to the underlying case and their efforts to apprehend and prosecute PANTOJA.

5. On or about 04/03/2006, PANTOJA was in involved in an altercation with Javier Acevedo Gonzalez and Jose Adan Acevedo Gonzalez at The Ranch, a local bar in Modesto, California. An argument ensued, at which time PANTOJA pulled out a handgun and shot Javier Acevedo Gonzalez and Jose Adan Acevedo Gonzalez. A female employee at the bar, Beatris Baron, was hit in the leg as a result of the shooting. Javier Gonzalez died a short time later.

6. On the same date, Stanislaus County Sheriff's Department Deputies responded to the location and conducted interviews of one of the victims, employees at The Ranch, and witnesses. Witnesses described the shooter as a heavyset Hispanic male with a dark complexion and dark hair. One witness advised the Hispanic male used the nickname "PANTERA."

7. On 04/06/2006, a confidential informant met with a detective from the Stanislaus County Sheriff's Department. The informant identified the shooter as DIEGO INFANTE PANTOJA aka "PANTERA." A photograph of PANTOJA was obtained by Stanislaus County Sheriff's Department and a photo lineup was produced. Several witnesses identified PANTOJA in the photo lineup as the shooter.

8. On or about 04/21/2006, The Stanislaus County District Attorney's Office filed a criminal complaint in the Superior Court of California, County of Stanislaus, case number S06-16926, charging PANTOJA with violations of California Penal Code Sections 187 (Murder), 664/187 (Attempted Murder), and 245(b) (Assault with a Semi-Automatic Firearm).

9. The Stanislaus County warrant for PANTOJA's arrest remains outstanding and attempts to locate PANTOJA by the Stanislaus County Sheriff's Department have been unsuccessful. At approximately the end of 2006, PANTOJA's girlfriend at the time, Viviana Leyva, advised PANTOJA was living somewhere in the Tijuana, Mexico area. PANTOJA is a Mexican citizen. Stanislaus County Sheriff's Department believes PANTOJA is still in Mexico and that PANTOJA fled California to avoid arrest and prosecution.

10. The Stanislaus County Sheriff's Department requested assistance from the FBI to locate and apprehend PANTOJA. The Stanislaus County Sheriff's Department agreed to pay any and all expenses related to the extradition of PANTOJA An arrest warrant was issued for PANTOJA on 04/21/2006. The warrant was based upon a complaint filed against PANTOJA in Stanislaus County Superior Court, Case Number S06-16926, charging PANTOJA with violations of California Penal Code Sections 187 (Murder), 664/187 (Attempted Murder), and 245(b) (Assault with a Semi-Automatic Firearm).

//
//
//
//
//
//
//
//
//
//
//
//

11.   Based upon the facts set forth in this Affidavit, there is probable cause to believe that DIEGO ARMANDO INFANTE PANTOJA has fled the state of California to avoid arrest and prosecution for violations of California Penal Code Sections 187, 664/187, and 245(b) in Stanislaus County Sheriff's Department Case Number S06-16926. PANTOJA's purposeful evasion of Stanislaus County, California, in order to avoid his pending Stanislaus County criminal matter is a violation of Title 18 United States Code Section 1073, Unlawful Flight to Avoid Prosecution. Therefore, I respectfully request that the Court issue a criminal complaint and warrant for PANTOJA's arrest.

Mary Ellen Smith, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 23rd day of January, 2009.

HON. ~~DENNIS L. BECK~~ S. M. SNYDER
United States Magistrate Judge

Approved as to form only:

MARLON COBAR
Assistant United States Attorney

Page 3 of 3

**ATTACHMENT A:
STANISLAUS COUNTY SUPERIOR
COURT ARREST WARRANT FOR
DIEGO ARMANDO INFANTE PANTOJA**

# Stanislaus County Superior Court

## State of California

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs, <br><br> DIEGO ARMANDO INFANTE PANTOJA (DOB: 6-25-78) <br><br> NO. 1107885        Defendant. | **FELONY** <br><br> **WARRANT OF ARREST** <br><br> P.C. Secs. 814, 1427, 840 <br><br> SO S06-16926 |

COUNTY OF STANISLAUS )
                     ( ss.
STATE OF CALIFORNIA  )

To any Peace Officer of said State:

Complaint upon oath having been this day made before me, __MARIE SOVEY SILVEIRA__,

a Judge of the Stanislaus County Superior Court, said County and State, by DETECTIVE MARC NUNO,

SHERIFF'S DEPARTMENT, that the crime (s) of :

COUNT I:   Violation of Section 187 of the California Penal Code, Felony
COUNT II:  Violation of Section 664/187 of the California Penal Code, Felony
COUNT III: Violation of Section 245(b) of the California Penal Code, Felony

has been committed in the County of Stanislaus, and accusing DIEGO ARMANDO INFANTE PANTOJA, thereof,

**YOU ARE THEREFORE COMMANDED** forthwith to arrest the above-named Defendant and bring the

Defendant before me forthwith at my office in said Judicial District or in case of my absence or inability to act before

the nearest and most accessible magistrate in this county.

The within name defendant _____ may be admitted to bail in the sum of __NO BAIL__ ———————————— Dollars.

WITNESS, my hand this __21st__ day of __April__, 20__06__, and I direct that this warrant may be served at any hour of the night.

_Marie Sovey Silveira_
Judge of the Stanislaus County Superior Court
State of California

lsp